# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK F. OTT,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant.<br>_____/ | CASE NO. 1:10-cv-02144-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 4) |

By a motion filed December 22, 2010, Plaintiff Jack F. Ott seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   January 5, 2011**              /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE