UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK F. OTT, | CASE NO. 1:10-cv-02144-SMS |
| Plaintiff, | |
| v. | SCREENING ORDER |
| MICHAEL ASTRUE,<br>Commissioner of Social Security, | |
| | (Doc. 7) |
| Defendant. | |

Plaintiff Jack F. Ott, proceeding *pro se* and *in forma pauperis*, has filed an amended complaint seeking review of the decision of Defendant Commissioner that denied Plaintiff's application for social security disability benefits under the Social Security Act (42 U.S.C. § 301 *et seq.)* (the "Act"). This Court has screened Plaintiff's amended complaint and found that it states cognizable claims for review.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the Defendant.

2. The Clerk of the Court shall send Plaintiff one (1) copy of this order, one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and an endorsed copy of the amended complaint filed on January 19, 2011.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached USM-285 form and submit the completed Notice to the Court with the following documents:

1

      a.    One completed summons for the Defendant;

      b.    One completed USM-285 form for the Defendant;

      c.    One copy of the Order Granting Motion to Proceed In Forma Pauperis; and

      c.    One copy of the endorsed amended complaint filed January 19, 2011.

4.    Plaintiff should not attempt service on the defendants and should not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

**Dated:   February 10, 2011**                 /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE